NICHOLAS NEUMANN, Appellant, v. POIRIER & McLANE CORP., Respondent.—

No opinion. Appeal from order dated March 16, 1960, dismissed. This order was superseded by the later order of August 2, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

JAMES A. PHILLIPS, as Executive Member of the Democratic Executive Committee of Queens County for Part B of the Third Assembly District, Respondent, v. MEL SNITOW, Individually and as President and Executive Leader of Mel Snitow's Third A. D. Democratic Club, et al., Appellants.—

No opinion. Defendants' time to answer the complaint is extended until 20 days after entry of the order hereon. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, J.J., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT AVERSA, Appellant.—

No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.